# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE ZACK,<br><br>                      Plaintiff,<br><br>vs.<br><br>DUSTI HARVEY and HARVEY LAW FIRM,<br><br>                      Defendants. | Case No. 2:13-cv-01170-APG-GWF<br><br>**ORDER**<br><br>Motion for a Protective Order<br>Relating to Deposition (#1) |

This matter comes before the Court on Plaintiff Christine Zack's ("Zack") Motion for a Protective Order Relating to Deposition (#1), filed on July 2, 2013. To date, no response has been filed.

Zack is a resident of Nevada and a named defendant in a pending action in the United States District Court for the District of New Mexico, *Dusti Harvey, et al. v. THI of New Mexico at Albuquerque Care Center, LLC, et al.*, Case No. 12-cv-00727-MCA-RHS ("*Harvey* Case"). The Harvey Parties noticed Zack's deposition for July 10, 2013, in Las Vegas, Nevada, which is the subject of the instant Motion for Protective Order. On July 9, 2013, an order was entered in the *Harvey* Case vacating the July 10, 2013 deposition until the New Mexico court rules on Zack's objections to that court's order granting a motion to compel Zack's deposition. *See Harvey Case, Doc. #434*. Therefore, this Court finds that the instant Motion for a protective order against the now-vacated deposition is moot. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Protective Order (#1) is **denied** as moot.

...

1 **IT IS FURTHER ORDERED** that the July 25, 2013 hearing on Plaintiff's Motion (#1) is hereby **vacated**.

DATED this 24th day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge